**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NICOLAS MARADIAGA and RAFAEL, MARINEZ**, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:10-CV-1028-L** |
| **INTERMODAL BRIDGE TRANSPORT, INC.**, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the court is Plaintiffs' Motion for Attorney's Fees, filed October 5, 2011, which was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 7, 2011. Defendant did not file objections to the Report. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The court therefore **accepts** them as those of the court, and **grants** Plaintiffs' Motion for Attorney's Fees. Defendant Intermodal Bridge Transport, Inc. **shall** pay Plaintiffs $6,359.90 by **December 19, 2011**, for the reasonable attorney's fees expended by Plaintiffs in conjunction with their second motion to compel and subsequent proceedings.

**It is so ordered** this 28th day of November, 2011.

Sam A. Lindsay
United States District Judge

**Order –Solo Page**