IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NICOLAS MARADIAGA and RAFAEL, MARINEZ**, | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. **3:10-CV-1028-L** |
| | § § | |
| **INTERMODAL BRIDGE TRANSPORT, INC.**, | § § § § | |
| Defendant. | § | |

### ORDER

Before the court is Plaintiffs' Motion for Attorney's Fees (Doc. 141), filed January 22, 2013, which was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 20, 2013, recommending that the motion be denied. Plaintiffs filed objections to the Report on September 3, 2013, contending that they are prevailing parties because they prevailed on their objective of filing suit to obtain documents from Defendant to verify their pay. Having carefully reviewed the pleadings, file, record in this case, Plaintiffs' objections, applicable law, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions that Plaintiffs are not prevailing parties are correct. The court therefore **accepts** them as those of the court, **overrules** Plaintiffs' objections, and **denies** Plaintiffs' Motion for Attorney's Fees.

**It is so ordered** this 4th day of September, 2013.

*[signature: Sam A. Lindsay]*
Sam A. Lindsay
United States District Judge

**Order –Solo Page**